IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELVIN COX, ) | |
| ) | |
| Petitioner, ) | Case No. CV04-324-S-BLW |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| DAVE PASKETT, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court previously entered an Order dismissing this action with prejudice.

Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **September 25, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT** 1